[No. 71995-5-I. Division One. March 7, 2016.]

CHETTIE MCAFEE, *Appellant*, v. SELECT PORTFOLIO SERVICING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-31495-9, Monica J. Benton, J., entered May 21, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ. Now published at 193 Wn. App. 220.

[No. 72160-7-I. Division One. March 7, 2016.]

ABRAHAM CHAR, *Appellant*, v. AMERICAN SEAFOODS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-07342-1, Douglass A. North, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 72515-7-I. Division One. March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EC EDWARD COBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03362-8, Andrea A. Darvas, J., entered September 26, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.

[No. 72526-2-I. Division One. March 7, 2016.]

U.S. BANK NATIONAL ASSOCIATION ET AL., *as Trustee*, *Respondent*, v. BLAIR LA MOTHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-07740-0, Douglass A. North, J., entered August 8, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.